

**VyStar Credit Union**
Post Office Box 45085
Jacksonville, Florida 32232-5085
Phone (904)777-6000
Primary CIF Number

# Security Agreement

APPRO ID NUMBER

LOANLINER NUMBER

LOAN NUMBER 1570

NAME OF OWNER(S) (Called "You") SANDRA LOUISE STRICKLAND

LIEN DATE 8/26/06

## SECURITY PLEDGED

| VEHICLE | YEAR AND MAKE | BODY TYPE | CYLINDERS | SERIAL NUMBER |
|---|---|---|---|---|
| | 2005 | FORD TAURUS | | 1FAFP56235A219716 |
| OTHER: | | | | |

Other: Shares pledged on Account No.(s) _____ ; _____ ; _____ ; _____ ; _____
Other: Shares in accordance with Section 107(11) of the Federal Credit Union Act. In the amount of the principal balance outstanding at any time under this Loan Agreement.

### GRANT OF SECURITY INTEREST

You are the owner of the property described above. By this Agreement and for value received, you grant to the Credit Union (called "we", "us", or "our") a security interest in the property described above as security for a debt owed to us. The Security Interest is granted by you in the property described above to secure payment of that certain debt evidenced by a Loan Liner Agreement and any and all extensions or renewals thereof and any and all other liabilities, or obligations you have to us, direct or indirect, now existing or hereafter arising, now due or hereafter to become due. You also agree to obtain a certificate of title or other proof of ownership which you will deliver to us. It is your responsibility to ensure that the lien created by this Agreement is reflected upon the certificate of title or other proof of ownership.

### OWNERSHIP OF SECURITY

You promise that you own the security and that no one other than you owns any interest in it or holds a lien against it. You agree that you will not sell, lease, or give it as security to anyone else until you have repaid all sums secured by it.

### PROTECTION OF SECURITY

While any part of this loan is unpaid, you promise:
1. To use the proceeds of this advance to buy the security described above unless you already own it.
2. To maintain the security at the member's personal residence shown on the most recent application submitted to us, and not to remove the security from the United States without our prior written consent.
3. To notify us in writing before changing your address, or the address where the security is kept.
4. To use the security carefully and keep it in good repair.
5. To obtain written permission from us before making major alterations.
6. Not to use the security for any unlawful purposes.
7. To pay all taxes due on the security and to keep it fully insured against loss or damage. You also agree to make your insurance policy payable to us and to deliver a copy of that policy to us upon request. We have a right to any recovery you make from your insurance company for any reason.

### DEFAULT

You will be in default if:
1. You fail to comply with any of the terms of your Permanent Loan Agreement.
2. Any information you provide is false.
3. You abuse the security, incur another obligation against it, or it is stolen.
4. A judgement is entered against you or the security.
5. You die.
6. You default on any other loan with us.

### ACTIONS UPON DEFAULT

The Credit Union has all the rights given to it as a secured party under the Uniform Commercial Code. In addition, you agree that if you are in default you will deliver the security to us. You agree that we can take possession of the security without giving you advance notice. After we have taken possession of the security we can sell it and apply the proceeds of the sale to the unpaid balance of the loan. You will have to pay our expenses in taking possession of and selling the security. If the proceeds are not enough to pay those expenses and the unpaid principal balance of the loan plus accrued interest, you will have to pay the difference. You are entitled to any excess if the proceeds are more that you owe.

### TAXES AND INSURANCE

If you do not pay the taxes on the security or keep it insured, we may do so. Any amount we spend for taxes or insurance will be added to your unpaid principal balance.

### INCORPORATION BY REFERENCE

This Security Agreement is given, for consideration, as a part of an open-end lending plan offered by us. All terms of all other agreements are incorporated by reference herein.

_____(SEAL)
SIGNATURE OF OWNER

_____
WITNESS

_____(SEAL)
SIGNATURE OF OWNER

# VyStar Credit Union — LOANLINER Credit Plan Signatures

**How to Apply:** (1) Detach here ← (2) Return Part 1 to the Credit Union, and (3) Retain Part 2 for your records

TRACEY REGENOLD 1998

LOANLINER® Plan — ☒ Individual or ☐ Joint Credit

LOANLINER NUMBER: [redacted]

BORROWER 1 NAME (Please Print): Sandra Stickland

BORROWER 2 NAME (Please Print): _____  NUMBER: _____

## Credit and Security Agreement

This LOANLINER® Credit and Security Agreement, which includes the Truth in Lending Disclosures, will be referred to as the Plan. The Plan documents include this agreement and an Addendum. You, your and borrower mean any person who signs the Plan. Credit union, we, our and us mean VyStar Credit Union or anyone to whom the Credit Union transfers its rights under the Plan.

**HOW THIS PLAN WORKS** — This is an open-end, multi-featured credit plan. We anticipate that, from time to time, you will borrow money (called "advances") under the Plan. We are not required to make advances to you under the Plan and can refuse a request for an advance at any time. The Addendum describes the different types of credit (called "subaccounts") available under the Plan, the current interest rate for each subaccount expressed as a daily periodic rate and corresponding annual percentage rate and other charges. It may also have other terms and a schedule for determining the payment amounts.

**CREDIT LIMIT** — We may, but do not have to, establish a credit limit on certain subaccounts. If a credit limit is set for a subaccount, you promise not to exceed the established credit limit. If you exceed the credit limit, you promise to repay immediately the amount which exceeds the credit limit.

**REPAYMENT** — You promise to repay all amounts you owe under the Plan plus interest. Payments are due on the last day of the month unless we set a different day at the time of an advance. If the Addendum has no payment schedule for a subaccount, your payment will be determined at the time of each advance. Payments must include any amount past due and any amount by which you have exceeded any credit limit you have been given for a subaccount. You may repay all or part of what you owe at any time without any prepayment penalty. Even if you prepay, you will still be required to make the regularly scheduled payments unless we agree in writing to a change in the payment schedule. If you have a joint sharedraft account, you will be responsible for paying all overdraft advances obtained by a joint holder of the sharedraft account. Unless otherwise required by law, payments will be applied to amounts owed under the Plan, in the manner the Credit Union chooses.

**PLAN ACCESS** — You can obtain credit advances in any manner authorized by us. If we allow you to use your ATM/Debit card to access the Plan, you may be liable for the unauthorized use of your ATM/Debit card. You will not be liable for unauthorized use that occurs after you notify us, orally or in writing, of the loss, theft, or possible unauthorized use. If you believe your ATM/Debit card has been lost or stolen, immediately inform the Credit Union by calling or writing us at the telephone number or address that appears elsewhere in the Plan. If the card is used to obtain unauthorized advances directly from the Plan, your liability will not exceed $50. If the unauthorized withdrawal is from a sharedraft account, your liability is governed by the Regulation E disclosures you received at the time you received your ATM/Debit card, even if the withdrawal results in an advance being made from your overdraft subaccount.

**FINANCE CHARGE** — The dollar amount you pay for money borrowed is called a "finance charge" and begins on the date of each advance. A finance charge will be computed separately for each separate balance under the Plan. To compute the finance charge, the unpaid balance for each day since your last payment (or since an advance if you have not yet made a payment) is multiplied by the applicable daily periodic rate. The sum of these amounts is the finance charge owed. The balance used to compute the finance charge is the unpaid balance each day after payments and credits to that balance have been subtracted and any additions to the balance have been made. In addition to interest, we may charge other finance charges which are disclosed on the Addendum. If the interest rate is a variable interest rate, the Addendum explains how the variable interest rate works.

**SECURITY** — You pledge as security for the Plan all shares and dividends and, if any, all deposits and interest in all joint and individual accounts you have with us now and in the future. If a specific dollar amount is pledged for an advance, we will freeze shares in that account to the extent of the outstanding balance for the advance. Otherwise, your pledged shares may be withdrawn unless you are in default. The following paragraph applies in all states except in Ohio, Rhode Island and Massachusetts: We have a statutory lien on the shares and dividends and, if any, the deposits and interest in all individual and joint accounts you have with us and may exercise our rights under the lien to the extent permitted by state law. (We are state chartered if our name does not include the term "Federal Credit Union.") For all borrowers: The statutory lien and/or your pledge will allow us to apply the funds in your account(s) to what you owe when you are in default. The statutory lien and your pledge do not apply to any Individual Retirement Account or any other account that would lose special tax treatment under state or federal law if given as security.

Additional security for the Plan may be required at the time of an advance. If a subaccount identifies a type of property (such as "New Cars") you must give that type of property as security when you get an advance under that subaccount. A subaccount name such as "Other Secured" means you must provide security acceptable to us when you obtain an advance under that subaccount. Property you give as security will secure all amounts owed under the Plan and all other loans you have with us now or in the future, except any loan secured by your principal dwelling. Property securing other loans you have with us may also secure the Plan.

**VOLUNTARY PAYMENT PROTECTION** — We may offer Voluntary Payment Protection to you. Voluntary Payment Protection is not necessary to obtain credit. If you purchase Voluntary Payment Protection from us, you authorize us to add the fees or insurance charges monthly to your loan balance and charge you interest on the entire balance. At our option we will change your payment or the period of time necessary to repay the loan balance. The rate used to determine the fees or insurance charges may change in the future. If the rate changes, we will provide any notices required by applicable law.

**PERIODIC STATEMENT** — On a regular basis you will receive a statement showing all transactions under the Plan during the period covered by the statement. Statements and notices will be sent to you

(continued on reverse side) CPSM07

## Signatures

You authorize the Credit Union to obtain credit reports in connection with opening this Account and for any update, increase, renewal, or collection of the credit received.

**JOINT ACCOUNTS** — If this is a joint account, each of you is individually and jointly responsible for paying all amounts owed. That means we can enforce our rights under the Plan against any one of you individually or against all of you together. If you give us inconsistent instructions, we can refuse to follow your instructions. Each of you authorizes the other(s) to obtain advances individually and agrees to repay advances made to the other(s).

You have received and read the LOANLINER® Credit and Security Agreement, including the Addendum ("Agreement") and Credit Insurance Certificate. You promise to repay all advances made to you under this Plan and any applicable charges described in the Addendum together with interest on what you owe until the total amount has been repaid. By signing below or by endorsing the proceeds check you agree to be bound by the terms of the Agreement.

You grant us a security interest in all individual and joint share and/or deposit accounts you have with us now and in the future to secure what you owe under the LOANLINER® Credit and Security Agreement. When you are in default, you authorize us to apply the balance in these accounts to any amounts due. Shares and deposits in an Individual Retirement Account, and any other account that would lose special tax treatment under state or federal law if given as security, are not subject to the security interest you have given in your shares and deposits.

By signing below, you agree that the LOANLINER® Credit and Security Agreement supersedes the provisions of the Permanent Loan Agreement, that collateral offered as security or obtained pursuant to the Permanent Loan Agreement shall be collateral under the LOANLINER® Credit and Security Agreement, and that all existing subaccount balances of the Permanent Loan Agreement shall become subaccount balances under the LOANLINER® Credit and Security Agreement (at the existing rate of interest being charged and at the existing payment status).

X _Sandra J Stickland_ (SEAL) 8-26-06    X _____ (SEAL) _____

BORROWER 1 SIGNATURE    DATE    BORROWER 2 SIGNATURE    DATE

---

I understand that I have the option of assigning any other policy or policies I own or may procure for the purpose of covering this loan and that credit insurance coverage need not be purchased from the credit union or anyone else in order to obtain the loan. I understand that credit insurance will stop when I reach the Maximum Age for Insurance and I acknowledge that my date of birth is stated correctly on the application. If I enrolled for credit life insurance coverage by telephone, I understand that I have 30 days from the date I receive this acknowledgement form to rescind the credit life insurance coverage. _ALL_ INITIALS OF MEMBER _____ INITIALS OF JOINT INSURED

### Credit Insurance Application/Schedule

CUNA Mutual Insurance Society • Madison, WI 53701-0391 • Phone: 800/937-2644

"You" or "Your" means the member and the joint insured (if applicable).

Credit insurance is voluntary and not required in order to obtain this loan. You may select any insurer of your choice. You can get this insurance only if you check the "yes" box below and sign your name and write in the date. The rate you are charged for the insurance is subject to change. You will receive written notice before any increase goes into effect. You have the right to stop this insurance by notifying your credit union in writing. Your signature below means you agree that:

- If you elect insurance, you authorize the credit union to add the charges for insurance to your loan each month.
- You are eligible for disability insurance only if you are working for wages or profit for 25 hours a week or more on the date of any advance. If you are not, that particular advance will not be insured until you return to work. If you are off work because of temporary layoff, strike or vacation, but soon to resume, you will not be considered at work.
- You are eligible for insurance up to the Maximum Age for Insurance. Insurance will stop when you reach that age.

**NOTE: THE LIFE AND DISABILITY INSURANCE CONTAINS CERTAIN BENEFIT EXCLUSIONS, INCLUDING A PRE-EXISTING CONDITION EXCLUSION. PLEASE REFER TO YOUR CERTIFICATE FOR DETAILS.**

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

| YOU ELECT THE FOLLOWING INSURANCE COVERAGE(S) | YES | NO | COST PER $100 OF YOUR MONTHLY LOAN BALANCE | COVERED MEMBER (please print) |
|---|---|---|---|---|
| SINGLE CREDIT DISABILITY | | X | REFER TO ADDENDUM | |
| SINGLE CREDIT LIFE | | X | | |
| JOINT CREDIT LIFE | | X | | |

Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

If you are totally disabled for more than **30** days, then the disability benefit will begin with the **31st** day of disability.

| ACCOUNT NUMBER | GROUP POLICY NUMBER | INSURANCE MAXIMUMS | DISABILITY | LIFE |
|---|---|---|---|---|
| | 009-0269-0 | MAX. MONTHLY TOTAL DISABILITY BENEFIT | $ 850 | N/A |
| DATE OF ISSUE OF THIS CERTIFICATE | SECONDARY BENEFICIARY (if you desire to name one) | MAX. TOTAL DISABILITY BENEFIT PER LOAN | $50,000 | N/A |
| | | MAX. BENEFIT DISABILITY DURATION | 60 Mo. | N/A |
| MEMBER'S DATE OF BIRTH | JOINT INSURED'S DATE OF BIRTH | MAX. AMOUNT OF LIFE INSURANCE PER MEMBER | N/A | $50,000 |
| | | MAX. AGE FOR INSURANCE | 67 | 72 |

X _Sandra J Stickland_  8-26-06    X _____  DATE _____

SIGNATURE OF MEMBER (Be sure to check one of the boxes above)    SIGNATURE OF JOINT INSURED (CO-BORROWER) (Only required if JOINT CREDIT LIFE coverage is selected)

APP.825-1288 Rev/FL

©CUNA MUTUAL GROUP, 1980, 82, 84, 86, 89, 98, 99, 2000, 01, 02, 05, ALL RIGHTS RESERVED

**PART 1 — CREDIT UNION COPY**

JBXX0600-3 009-0269-0 (5/05)

## Credit and Security Agreement (continued)

at the most recent address you have given us in writing. Unless applicable law requires notice to each joint borrower, notice to any one of you will be notice to all.

**JOINT ACCOUNTS** — If this is a joint account, each of you is individually and jointly responsible for paying all amounts owed. That means we can enforce our rights under the Plan against any one of you individually or against all of you together. If you give us inconsistent instructions, we can refuse to follow your instructions. Unless our written policy requires all of you to sign for an advance, each of you authorizes the other(s) to obtain advances individually and agrees to repay advances made to the other(s). Any joint accountholder may terminate the Plan by giving us prior written notice. If any of you terminate the Plan, the Plan is terminated for all of you. You remain liable individually and jointly for all advances incurred before termination.

**FEES AND CHARGES** — If you give us a security interest in certain types of property, we may charge you a filing fee to perfect our interest in the property. If we do, the amount of the fee will be disclosed to you at the time you obtain an advance. We may also charge you other fees in connection with the Plan. Our current fees are disclosed on the Addendum and will be added to your loan balance unless you pay them in cash.

**UPDATING CREDIT INFORMATION** — You promise that you will promptly give us written notice if you move, change your name or employment, or if any other information you provided to us changes. Upon our request, you also agree to provide us updated financial information.

**DEFAULT** — *The following paragraph applies to borrowers in Idaho, Kansas, Maine and South Carolina:* You will be in default if you do not make a payment of the amount required when it is due. You will also be in default if we believe the prospect of payment, performance, or realization on any property given as security is significantly impaired.

*The following paragraph applies to borrowers in Wisconsin:* You will be in default if you fail to make a payment when due two times during any 12 month period. You will be in default if breaking any promise made under the Plan materially impairs your ability to repay what you owe or materially impairs the condition, value, or protection of or our right in any property you gave as security.

*The following paragraph applies only to borrowers in Iowa:* You will be in default if you are more than 10 days late in making a payment. You will also be in default if you do not comply with the terms of the Plan and your failure to comply materially impairs any property you gave as security or your ability to repay what you owe under the Plan.

*The following paragraph applies to borrowers in all other states:* You will be in default if you do not make a payment of the amount required when it is due. You will be in default if you break any promise you made under the Plan or if anyone is in default under any security agreement made in connection with an advance under the Plan. You will be in default if you die, file for bankruptcy, become insolvent, if you make any false or misleading statements in any credit application or update of credit information, or if something happens we believe may substantially reduce your ability to repay what you owe. You will be in default if any property you have given us as security is repossessed by someone else, seized under a forfeiture or similar law, or if anything else happens that significantly affects the value of the property or our security interest in it. You will also be in default under the Plan if you are in default under any other loan agreement with us.

**ACTIONS AFTER DEFAULT** — *The following paragraph applies to borrowers in Colorado, District of Columbia, Iowa, Kansas, Maine, Massachusetts, Missouri, Nebraska, South Carolina and West Virginia:* When you are in default and after expiration of any right you have under applicable state law to cure your default, we can demand immediate payment of the entire unpaid balance under the Plan without giving you advance notice.

*The following paragraph applies to borrowers in all other states except Wisconsin and Louisiana:* When you are in default, we can require immediate payment (acceleration) of the entire unpaid balance under the Plan. You waive any right you have to demand for payment, notice of intent to accelerate and notice of acceleration.

*The following paragraphs apply to borrowers in all states except Wisconsin and Louisiana:* If immediate payment is demanded, you will continue to pay interest until what you owe has been repaid at the applicable interest rates in effect or, if applicable, at the default rate disclosed on the Addendum. If a demand for immediate payment has been made, your shares and/or deposits can be applied towards what you owe as provided in the section above called "Security." We can also exercise any other rights given by law when you are in default.

You agree the Credit Union has the right to take possession of any property given as security under the Plan, without judicial process, if this can be done without breach of the peace. If we ask, you promise to deliver the property at a time and place we choose. If the property is a motor vehicle or boat, you agree that we may obtain a key or other device necessary to unlock and operate it, when you are in default. We will not be responsible for any other property, not covered by this Agreement, that you leave inside the property or that is attached to the property. We will try to return that property to you or make it available for you to claim.

After we have possession of the property, we can sell it and apply the money to any amounts you owe us. We will give you notice of any public disposition or the date after which a private disposition will be held. Our expenses for taking possession of and selling the property will be deducted from the money received from the sale. Those costs may include the cost of storing the property, preparing it for sale and attorney's fees to the extent permitted under state law or awarded under the Bankruptcy Code.

You must pay any amount that remains unpaid after the sale money has been applied to any unpaid balance under the Plan. You agree to pay interest on that amount at the same rate as the advance, or, if applicable, at the default rate disclosed on the Addendum, until that amount has been paid.

*The following paragraph applies only to Wisconsin borrowers:* When you are in default and after expiration of any right you have under applicable state law to cure your default, we may require immediate payment of your outstanding loan balance under the Plan and seek possession of property given as security. You may voluntarily give the property to us if you choose, or we may seek to take possession of the property by judicial process. If we repossess the property, you agree to pay reasonable expenses incurred in disposing of the property. If the property is a motor vehicle, mobile home, trailer, snowmobile, boat or aircraft, you will also be required to pay any costs permitted by Section 422.413 of the Wisconsin Statutes. You must pay any amount that remains unpaid after the sale money has been applied to what you owe under the Plan. You agree to pay interest on any unpaid amount at the same rate as the advance, or, if applicable, at the default rate disclosed on the Addendum, until that amount is paid.

If the property is located outside Wisconsin at the time of default, we may take possession of the property without judicial process, if permitted by the state where the property is located.

*The following paragraph applies only to Louisiana borrowers:* When you are in default, we can require immediate payment (acceleration) of the entire unpaid balance under the Plan. You waive any right you have to demand for payment, notice of intent to accelerate and notice of acceleration. If immediate payment is demanded, you will continue to pay interest until what you owe has been repaid at the applicable interest rates in effect unless a default rate is disclosed on the Addendum. If a demand for immediate payment has been made, the shares and deposits given as security for the Plan can be applied towards what you owe. We can also exercise any other rights given by law when you are in default and our rights under any security agreements you have with us.

**CANCELLING OR CHANGING THE PLAN** — *The following paragraph applies only to borrowers in Illinois:* We have the right to change the terms of the Plan from time to time after giving you any advance notice required by law. Any change to the interest rate or other charges will apply to future advances.

*The following paragraph applies only to borrowers in Wisconsin:* We can change the terms of the Plan from time to time in accordance with Section 422.415 of the Wisconsin Statutes. You will be notified of any change in terms. An increase in the daily periodic rate under a variable rate interest rate is not considered a change in terms under the Plan. We can cancel the entire Plan or any part of the Plan at any time. You may cancel the Plan at any time by giving us prior written notice. Your obligation to pay the unpaid balances under the terms of the Plan continues whether you or the credit union cancel the Plan, except to the extent that your liability is limited by Section 422.4155 of the Wisconsin Statutes.

*The following paragraph applies only to borrowers in Iowa:* We can change the terms of the Plan from time to time after giving you any advance notice required by law. A change that increases the rate of finance charge or other charge, that increases the amount of your payments, or that otherwise adversely affects existing balances will apply to existing balances only if you agree to the change or you use the Plan after receiving notice that your use of the Plan means you agree the change applies to existing balances.

*The following paragraph applies to borrowers in all other states:* We have the right to change the terms of the Plan from time to time after giving you any advance notice required by law. Any change in the interest rate will apply to future advances, and at our discretion and subject to any requirements of applicable law, will also apply to unpaid balances.

*The following paragraph applies to all but Wisconsin borrowers:* An increase in the daily periodic rate under a variable interest rate is not considered a change in terms under the Plan. We can cancel the entire Plan or any part of the Plan at any time. You may cancel the Plan at any time by giving us prior written notice. Your obligation to pay the unpaid balances under the terms of the Plan continues whether you or the Credit Union cancel the Plan.

**DELAY IN ENFORCING RIGHTS AND CHANGES IN THE PLAN** — We can delay enforcing any of our rights under this Plan any number of times without losing the ability to exercise our rights later. We can enforce this Plan against your heirs or legal representatives. If we change the terms of the Plan, you agree that this Plan will continue to protect us.

**CONTINUED EFFECTIVENESS** — If any part of this Plan is determined by a court to be unenforceable, the rest will remain in effect.

**NOTICE TO UTAH BORROWERS** — This written agreement is a final expression of the agreement between you and the Credit Union. This written agreement may not be contradicted by evidence of any oral agreement.

*The following is required by Vermont law* — **NOTICE TO CO-SIGNER — YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

The following paragraphs apply if you give security in connection with an advance under the Plan. They apply to borrowers in all states except Louisiana. Louisiana borrowers will execute a separate security agreement. Borrowers in other states may also be asked to execute a separate security agreement.

**THE SECURITY FOR THE PLAN** — You give us what is known as a security interest in all property described in any receipt, voucher or other document you receive for an advance ("the Advance"). The security interest you give includes all accessions. Accessions are things which are attached to or installed in the property now or in the future. The security interest also includes any replacements for the property which you buy within 10 days of the Advance or any extensions, renewals or refinancing of the Advance. It also includes any money you receive from selling the property or from insurance you have on the property. If the value of the property declines, you promise to give us more property as security if asked to do so.

**WHAT THE SECURITY INTEREST COVERS/CROSS COLLATERAL PROVISIONS** — The security interest secures the Advance described in the receipt, voucher or any other document you receive at the time of the Advance and any extensions, renewals or refinancings of the Advance. It also secures any other advances you have now or receive in the future under the Plan and any other amounts or loans, including any credit card loan, you owe us for any reason now or in the future, except any loan secured by your principal residence. If the property is household goods as defined by the Federal Trade Commission Credit Practices Rule, the property will secure only the Advance and not other amounts you owe.

**OWNERSHIP OF THE PROPERTY** — You promise that you own all property you give as security or if the Advance is to buy the property, you promise you will use the Advance for that purpose. You promise that no one else has any interest in or claim against the property that you have not already told us about. You promise not to sell or lease the property or to use it as security for a loan with another creditor until the Advance is repaid. You promise you will allow no other security interest or lien to attach to the property either by your actions or by operation of law.

**PROPERTY INSURANCE, TAXES AND FEES** — You must maintain property insurance on all property that you give as security under the Plan. You may purchase the property insurance from anyone you choose who is acceptable to the Credit Union. The amount and coverage of the property insurance must be acceptable to us. You may provide the property insurance through a policy you already have, or through a policy you get and pay for. You promise to make the insurance policy payable to us and to deliver the policy or proof of coverage to us if asked to do so.

If you cancel your insurance and get a refund, we have a right to the refund. If the property is lost or damaged, we can use the insurance settlement to repair the property or apply it towards what you owe. You authorize us to endorse any draft or check which may be payable to you in order for us to collect any refund or benefits due under your insurance policy. You also promise to pay all taxes and fees (like registration fees) due on the property.

If you do not pay the taxes or fees on the property when due or keep it insured, we may pay these obligations, but we are not required to do so. Any money we spend for taxes, fees or insurance will be added to the unpaid balance of the advance and you will pay interest on those amounts at the same rate you agreed to pay on the advance. We may receive payments in connection with the insurance from a company which provides the insurance. We may monitor our loans for the purpose of determining whether you and other borrowers have complied with the insurance requirements of our loan agreements or may engage others to do so. The insurance charge added to an advance may include (1) the insurance company's payments to us and (2) the cost of determining compliance with the insurance requirements. If we add amounts for taxes, fees or insurance to the unpaid balance of an advance, we may increase your payments to pay the amount added within the term of the insurance or approximate term of the advance.

**INSURANCE NOTICE** — If you do not purchase the required property insurance, the insurance we may purchase and charge you for will cover only our interest in the property. The premium for this insurance may be higher because the insurance company may have given us the right to purchase insurance after uninsured collateral is lost or damaged. The insurance will not be liability insurance and will not satisfy any state financial responsibility or no fault laws.

**PROTECTING THE SECURITY INTEREST** — If your state issues a title for the property, you promise to have our security interest shown on the title. We may have to file what is called a financing statement to protect our security interest from the claims of others. If asked to do so, you promise to sign a financing statement. You also promise to do whatever else we think is necessary to protect our security interest in the property. You promise to pay all costs, including but not limited to any attorney fees, we incur in protecting our security interest and rights in the property, to the extent permitted by applicable law.

**USE OF PROPERTY** — Until the Advance has been paid off, you promise you will: (1) Use the property carefully and keep it in good repair. (2) Obtain our written permission before making major changes to the property or changing the address where the property is kept. (3) Inform us in writing before changing your address. (4) Allow us to inspect the property. (5) Promptly notify us if the property is damaged, stolen or abused. (6) Not use the property for any unlawful purpose. (7) Not to retitle property in another state without telling us.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE** — THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY** — It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

---

### For Credit Union Use Only

| DATE | APPROVED | APPROVED LIMITS: | SIGNATURE | LINE OF CREDIT | OTHER | OTHER | DEBT RATIO/SCORE BEFORE   AFTER |
|---|---|---|---|---|---|---|---|
|  | DENIED (Adverse Action Notice Sent) |  | $ | $ | $ | $ |  |

LOAN OFFICER COMMENTS:

SIGNATURES:

X _____   X _____ TRACEY REGENOLD 1998 _____
               DATE                                                       DATE

| Field | Value | | |
|---|---|---|---|
| VIN | 1FAFP56235A219716 | | |
| Status | *Perfected Title* | | |
| Lienholder Status | | | |
| Borrower | SANDRA L STRICKLAND <br> ███████ <br> JACKSONVILLE, FL 32244 | | |
| Borrower Home Phone | ███████ | | |
| Borrower Work Phone | (000) 000-0000 | | |
| Branch | 00105 | Acct # | ███████7570 |
| Loan # | ███████7570 | Suffix | |
| Owner | ███████ | | |
| Owner 2 | SANDRA LOUISE STRICKLAND | | |
| Ownership Type | OR | | |
| Lienholder | VYSTAR CU | | |
| Lien Type | Primary | | |
| Lien Number | 02 | Total Number of Liens | 01 |
| Dealer ID | | | |
| Year | 2005 | Make | FORD |
| License | | Title # | 0091937966 |
| Body | 4D | Vehicle Type | VEH |
| New Collateral Agreement Rqd | 51 | USER DEFINED 2 | 60 |
| Account Type | | Loan Type | Vehicle |
| *User Notes Present* | | | |

| Field | Value | Field | Value |
|---|---|---|---|
| Financed | 08/26/2006 | Tech | **FDI** |
| Booked | 08/27/2006 | | |
| DHSMV Work | 09/28/2006 | | |
| Imported | 09/29/2006 | | |
| Added | 08/28/2006 | | |
| Perfected | 09/29/2006 | | |
| Payoff | / / | Tech | |
| Released | / / | | |
| Release Type | | | |
| Exported | / / | | |
| DHSMV Response | / / | Code | |
| DHSMV Deleted | / / | | |
| Expires | / / | | |
| FDI Assigned User | | FDI Action Date | / / |
| Lienholder Assigned User | | Lienholder Action Date | / / |
| Misc. | | | |
| State | FL | Electronic | |

[ More Details ]  [ Save Note ]  [ ExplodeVIN ]

**Notes**

* LYWILLIAMS * - 10/02/2006 03:08:57 PM EDT - SA TO VAULT.
* MMNEAL * - 09/15/2006 01:01:45 PM EDT - SENT TO FL TO RECORD LIEN.

Record Activity for VYSTAR CU

OTTS - System note on 10/02/06 06:44:19 AM by FDI:
Record Uploaded
VTTS - Status changed to PT on 09/29/2006 08:08 AM by FDI
VTTS - Status changed to PM on 08/28/2006 06:16 PM by FDI

| Rough Trade-in | Avg. Trade-in | Clean Trade-in | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 11925 | 13175 | 14200 | Convertible 2D GT | 85 | 29370 | 3614 | 12800 | 17225 |

**MUSTANG OPTIONS**

| | | | | | |
|---|---|---|---|---|---|
| 350 | | Add Leather Seats | | | 350 400 |
| 200 | | Add Power Seat (V6) | | | 200 225 |
| 275 | | Add Shaker Stereo System | | | 275 325 |
| 500 | | Deduct W/out Automatic Trans. (V6) | | | 500 500 |

**2005 TAURUS-V6**
Veh. Ident.: 1FA()P(Model)()()5A100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3250 | 4150 | 4875 | Sedan 4D SE | 53 | 20485 | 3306 | 4400 | 7100 |
| 4000 | 4950 | 5725 | Sedan 4D SEL | 56 | 22395 | | 5175 | 8050 |
| 4100 | 5050 | 5825 | Wagon 4D SE | 58 | 22355 | 3497 | 5250 | 8175 |
| 4850 | 5850 | 6650 | Wagon 4D SEL | 59 | 23345 | | 6000 | 9100 |

| | | |
|---|---|---|
| 275 | Add 3.0L Duratec V6 Engine | 275 325 |
| 200 | Add Aluminum/Alloy Wheels (Std. SEL) | 200 225 |
| 350 | Add Leather Seats | 350 400 |
| 275 | Add MACH Stereo System | 275 325 |
| 200 | Add Power Seat (Std. SEL) | 200 225 |
| 500 | Add Power Sunroof | 500 575 |
| 275 | Deduct W/out Third Seat (Wagon) | 275 275 |

**2005 FIVE HUNDRED-V6**
Veh. Ident.: 1FA()P(Model)()()5G100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4850 | 5850 | 6650 | Sedan 4D SE | 23 | 22145 | 3664 | 6000 | 9100 |
| 5575 | 6600 | 7450 | Sedan 4D SE (AWD) | 26 | 23845 | 3815 | 6725 | 9975 |
| 5800 | 6850 | 7700 | Sedan 4D SEL | 24 | 24145 | 3643 | 6950 | 10250 |
| 6525 | 7600 | 8475 | Sedan 4D SEL (AWD) | 27 | 25845 | | 7650 | 11100 |
| 6675 | 7750 | 8625 | Sedan 4D Limited | 25 | 26145 | | 7775 | 11250 |
| 7400 | 8500 | 9400 | Sedan 4D Limited (AWD) | 28 | 27845 | | 8475 | 12100 |

| | | |
|---|---|---|
| 350 | Add Leather Seats (Std. Limited) | 350 400 |
| 500 | Add Power Sunroof | 500 575 |

**2005 CROWN VICTORIA-V8**
Veh. Ident.: 2FA()P(Model)W()5X100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4725 | 5875 | 6825 | Sedan 4D Police Interceptor | 71 | 24575 | | 6150 | 9475 |
| 4225 | 5325 | 6250 | Sedan 4D S | 72 | 24305 | | 5625 | 8825 |
| 4550 | 5675 | 6625 | Sedan 4D | 73 | 24085 | 4101 | 5975 | 9250 |
| 5850 | 7075 | 8075 | Sedan 4D LX | 74 | 27220 | | 7275 | 10850 |
| 6950 | 8225 | 9275 | Sedan 4D LX Sport | 74 | 30165 | | 8350 | 12175 |
| 5050 | 6225 | 7200 | Sedan 4D S Extended | 70 | 26325 | | 6500 | 9900 |

| | | |
|---|---|---|
| 375 | Add Handling Package (Std. LX Sport) | 375 425 |
| 250 | Add Aluminum/Alloy Wheels (Std. 74) | 250 300 |
| 425 | Add Leather Seats (Std. LX Sport) | 425 475 |
| 550 | Add Power Sunroof | 550 625 |
| 150 | Deduct W/out Cruise Control | 150 150 |
| 225 | Deduct W/out Power Seat | 225 225 |

**2005 THUNDERBIRD-V8**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13050 | 14975 | 16600 | Convertible 2D | 60 | 37460 3780 | 14950 | 20400 |
| | 800 | Add Removable Hardtop | | | 800 | 900 |

**FORD**
**2004 FOCUS-4 Cyl.**
Veh. Ident.: ()FA()P(Model)()()()4()100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2375 | 3125 | 3750 | Hatchback 3D ZX3 | 31 | 12725 | 2612 | 3375 | 5675 |

---

| Rough Trade-in | Avg. Trade-in | Clean Trade-in | Body Type | Model No. | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 3925 | 4800 | 5500 | Hatchback 3D SVT (6 Spd.) | 39 | 18590 2750 | 4950 | 7800 |
| 2850 | 3650 | 4300 | Hatchback 5D ZX5 | 37 | 15035 3875 | 3875 | 6300 |
| 4325 | 5225 | 5950 | Hatchback 5D SVT (6 Spd.) | 30 | 19090 | 5375 | 8325 |
| 2075 | 2800 | 3400 | Sedan 4D LX | 33 | 13185 2606 | 3075 | 5275 |
| 2525 | 3300 | 3925 | Sedan 4D SE | 34 | 14915 | 3550 | 5875 |
| 3050 | 3650 | 4525 | Sedan 4D ZTS | 36 | 15535 | 3875 | 6575 |
| 3050 | 3650 | 4325 | Wagon 4D SE | 38 | 15015 2702 | 3875 | 6300 |
| 3250 | 4075 | 4750 | Wagon 4D ZTW | 35 | 17745 | 4275 | 6825 |

| | | |
|---|---|---|
| 550 | Add European Appearance Pkg. (SVT) | 550 625 |
| 150 | Add Alum/Alloy Wheels (Std. SVT, ZTS, ZTW) | 150 175 |
| 200 | Add Audiophile Stereo System | 200 225 |
| 100 | Add Cruise Control (ZX3, ZX5, LX, SE) | 100 100 |
| 200 | Add Leather Seats (Std. SVT) | 200 225 |
| 100 | Add Power Door Locks (Std. ZX3, ZX5, LX) | 100 125 |
| 400 | Add Power Sunroof | 400 450 |
| 100 | Add Pwr. Windows (ZX3, ZX5, LX, SE Wagon) | 100 125 |
| 450 | Add Pwr Windows (ZX3, ZX5, LX, SE Wagon) | 450 450 |
| 375 | Deduct W/out Automatic Trans. (Ex. SVT) | 375 375 |

**2004 MUSTANG-V6**
Veh. Ident.: 1FAFP(Model)()()4F100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3900 | 4850 | 5625 | Coupe 2D | 40 | 17720 3290 | 5075 | 7950 |
| 5475 | 6500 | 7350 | Convertible 2D | 44 | 23455 | 6625 | 9850 |

**2004 MUSTANG-V8-5/6 Spd./AT**
Veh. Ident.: 1FAFP(Model)()()4F100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6175 | 7225 | 8100 | Coupe 2D GT | 42 | 23245 3347 | 7300 | 10675 |
| 7650 | 8850 | 10975 | Coupe 2D MACH 1 | 42 | 28820 3459 | 9900 | 13800 |
| 11250 | 13450 | 15800 | Coupe 2D Cobra | 48 | 33575 3665 14225 | 19150 |
| 7575 | 8700 | 9600 | Convertible 2D GT | 45 | 27585 | 8650 | 12325 |
| 14900 | 16225 | 17300 | Convertible 2D Cobra | 49 | 37950 3780 15575 | 20725 |

**MUSTANG OPTIONS**

| | | |
|---|---|---|
| 275 | Add Pony Package (V6) | 275 325 |
| 300 | Add Leather Seats (Std. MACH 1, Cobra) | 300 350 |
| 225 | Add MACH Stereo (Std. MACH 1, Cobra) | 225 250 |
| 175 | Add Power Seat (Coupe V8) | 175 200 |
| 450 | Add Power Sunroof | 450 450 |
| 125 | Deduct W/out Cruise Control | 125 125 |

**2004 TAURUS-V6**
Veh. Ident.: 1FA()P(Model)()()4()100001 Up.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2000 | 2775 | 3400 | Sedan 4D LX | 52 | 19660 3306 | 3075 | 5375 |
| 2625 | 3425 | 3575 | Sedan 4D SE | 53 | 20195 | 3225 | 5575 |
| 2125 | 2925 | 3575 | Sedan 4D SES | 55 | 21380 | 3725 | 6225 |
| 3450 | 4125 | 4800 | Sedan 4D SEL | 56 | 23305 3313 | 4325 | 7025 |
| 3175 | 4075 | 4375 | Wagon 4D SE | 58 | 21630 3497 | 3950 | 6525 |
| 2825 | 3675 | 4325 | Wagon 4D SEL | 59 | 23455 | 4800 | 7600 |
| 3650 | 4575 | 5325 | | | | | |

| | | |
|---|---|---|
| 250 | Add 3.0L Duratec V6 Engine (Std. Sedan SEL) | 250 300 |
| 175 | Add Aluminum/Alloy Wheels (LX, SE) | 175 200 |
| 300 | Add Leather Seats | 300 350 |
| 225 | Add MACH Stereo System | 225 250 |
| 175 | Add Power Seat (Std. SES, SEL) | 175 200 |
| 450 | Add Power Sunroof | 450 500 |
| 125 | Deduct W/out Cruise Control | 125 125 |
| 250 | Deduct W/out Third Seat (Wagon) | 250 250 |